Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Geoffrey A. Munroe (State Bar No. 228590)
gam@girardgibbs.com
Amy M. Zeman (State Bar No. 273100)
amz@girardgibbs.com
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Jeff Allan, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br>　vs.<br><br>YAHOO! INC.,<br><br>　　　　Defendant. | Case No. _____<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 31, 2012           **GIRARD GIBBS LLP**

By: _____
    Dylan Hughes

Eric H. Gibbs
Geoffrey A. Munroe
Amy M. Zeman
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiff*