Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Geoffrey A. Munroe (State Bar No. 228590)
gam@girardgibbs.com
Amy M. Zeman (State Bar No. 273100)
amz@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Jeff Allan, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>YAHOO! INC.,<br><br>　　　　　Defendant. | Case No. 5:12-cv-04034-HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 9, 2012                                   Respectfully Submitted

**GIRARD GIBBS LLP**


By:     /s/ Dylan Hughes

Eric H. Gibbs
Geoffrey A. Munroe
Amy M. Zeman
601 California Street, 14\textsuperscript{th} Floor
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

*Attorneys for Plaintiff*