UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jeff Allan, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>Yahoo!, Inc,<br><br>    Defendant. | No. C12-04034<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for October 16, 2012 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: August 10, 2012                     RICHARD W. WIEKING,
                                                                United States District Court

                                                                 */s/ Patty Cromwell*
                                                                By: Patty Cromwell
                                                                Courtroom Deputy Clerk to
                                                                Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Amy Marie Zeman     amz@girardgibbs.com, asp@girardgibbs.com

Dylan Hughes     dsh@girardgibbs.com, ale@girardgibbs.com, cme@girardgibbs.com, djc@girardgibbs.com, mbg@girardgibbs.com

Eric H. Gibbs     ehg@girardgibbs.com, amv@girardgibbs.com, amz@girardgibbs.com, asp@girardgibbs.com, ds@girardgibbs.com, gam@girardgibbs.com, jiv@girardgibbs.com

Geoffrey Alan Munroe     gam@girardgibbs.com, jiv@girardgibbs.com

**United States District Court**
For the Northern District of California