| Attorney or Party without Attorney: <br> Dylan Hughes, Esq. <br> Girard Gibbs LLP <br> 601 California Street, 14th Floor <br> San Francisco, CA 94108 <br> Telephone No: 415-981-4800    FAX No: 415-981-4846 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Northern District Of California

Plaintiff: Jeff Allan, et al.
Defendant: Yahoo!, Inc.

| **PROOF OF SERVICE** <br> **Summons / Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV124034HRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Certificate Of Interested Parites; Civil Cover Sheet; Order Setting Initial Case Management Confernce And Adr Deadlines; Standing Order Re Case Management In Civil Cases; Standing Order Of Judge Lloyd Re Initial Case Management; Standing Order Of Judge Lloyd Re: Civil Discovery Disputes; Standing Order For All Judges In The N.D.C.A.; Notice Of Assignment Of Case To A U S Magistrate Judge; Consent / Decline To Proceed Before A U S Magistrate Judge; Notice Re Cameras In The Courtroom; Ndca Guidelines - San Jose

3. a. Party served:                         Yahoo!, Inc.
   b. Person served:                        Margaret Wilson, Person Authorized to Accept Service.

4. Address where the party was served:      C T Corporation
                                             818 West 7th Street
                                             Los Angeles, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Aug. 02, 2012 (2) at: 3:20PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Richard Gari                                      d. *The Fee for Service was:*
   b. Class Action Research & Litigation                e. I am: (3) registered California process server
      P O Box 740                                          (i)   Independent Contractor
      Penryn, CA 95663                                     (ii)  Registration No.:    4047
   c. (916) 663-2562, FAX (916) 663-4955                   (iii) County:              Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, Aug. 09, 2012

                                                                              *(Richard Gari)*

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   Summons / Complaint                                    dyhug.129496