1  Michele D. Floyd (SBN 163031)
   michele@zwillgen.com
2  ZwillGen Law LLP
   425 Market Street, Suite 2220
3  San Francisco, CA 94105
   Tel: (415) 955-2796
4  Facsimile: (415) 955-2796

5

6  *Attorney for Defendant Yahoo!, Inc.*

7

8                    UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                           SAN JOSE DIVISION

10

11 Jeff Allan, on Behalf of Himself and All
   Others Similarly Situated,
12                                                  Case No. 12-cv-4034-EJD (HRL)
                   *Plaintiff*,
13                                                  **NOTICE OF APPEARANCE**
         v.
14

15 YAHOO! INC.,

16                 *Defendant.*

17

18

19

20

21         PLEASE TAKE NOTICE that the undersigned ZwillGen Law LLP attorney hereby appears

22 as counsel in the above proceeding for Yahoo!, Inc., and requests that all notices, including all

23 electronic ("ECF") notices, given or required to be given, and all papers filed or served in this action

24 be provided to and served upon the undersigned attorney at the street and/or email address listed

25 below:

26

27

28

**STIPULATED EXTENSION Case No. 12-CV-4034-EJD (HRL)**

Michele D. Floyd
michele@zwillgen.com
ZwillGen Law LLP
425 Market Street, Suite 2200
San Francisco, CA 94105
Tel: (415) 955-2796
Facsimile: (415) 955-2796

Dated: August 21, 2012  ZWILLGEN LAW LLP

By: _____
    Michele D. Floyd
    Attorneys for Defendant Yahoo! Inc

**STIPULATED EXTENSION Case No. 12-CV-4034-EJD (HRL)**