Michele D. Floyd (SBN 163031)
michele@zwillgen.com
ZwillGen Law LLP
425 Market Street, Suite 2220
San Francisco, CA 94105
Tel: (415) 955-2796
Facsimile: (415) 955-2796

Attorneys for Defendant Yahoo! Inc.

*IT IS SO ORDERED*
Judge Edward J. Davila
9/17/2012

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Jeff Allan, on Behalf of Himself and All Others Similarly Situated,<br><br>        *Plaintiff*,<br><br>  v.<br><br>YAHOO! INC.,<br><br>        *Defendant.* | Case No. 5:12-cv-04034-EJD (HRL)<br><br>**STIPULATED EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>**Honorable Edward J. Davila** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their respective counsel of record, as follows:

1. Plaintiff Jeff Allan ("Plaintiff") served Yahoo! Inc. ("Yahoo!") with the First Amended Class Action Complaint on August 30, 2012;

2. Pursuant to Fed. R. Civ. P. 12(a)(1), Yahoo's last day to respond is Monday, September 17, 2012;

**STIPULATED EXTENSION Case No. 5:12-CV-04034-EJD (HRL)**

3. Rule 6-1(a) of the Civil Local Rules of the Northern District of California allows the parties to stipulate to extend the time within which to answer or otherwise respond to a complaint without a court order;

4. Plaintiff's counsel has agreed to extend the time for Yahoo! to plead, making its responsive pleading due on or before **Friday, October 19, 2012**.

Dated:  September 14, 2012                          GIRARD GIBBS LLP

                                                    By: /s/ Eric H. Gibbs_____
                                                        Eric H. Gibbs
                                                        Attorneys for Plaintiff

Dated:  September 14, 2012                          ZWILLGEN LAW LLP

                                                    By: /s/ Michele Floyd_____
                                                        Michele D. Floyd
                                                        Attorneys for Defendant Yahoo! Inc