Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Geoffrey A. Munroe (State Bar No. 228590)
gam@girardgibbs.com
Amy M. Zeman (State Bar No. 273100)
amz@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Jeff Allan and Amy Browne, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>  vs.<br><br>YAHOO! INC.,<br><br>      Defendant. | Case No. 5:12-cv-04034-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1   NOTICE IS HEREBY GIVEN that pursuant to Fed R.Civ Proc. 41(a)(1), plaintiffs voluntarily
2  dismiss the above-captioned action, with prejudice as to Jeff Allan and Amy Browne.

4  Dated: March 14, 2013                                          Respectfully Submitted

**GIRARD GIBBS LLP**

By:    */s/* Eric H. Gibbs

Eric H. Gibbs
Dylan Hughes
Geoffrey A. Munroe
Amy M. Zeman
601 California Street, Suite 1400
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

*Attorneys for Plaintiffs*