Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Geoffrey A. Munroe (State Bar No. 228590)
gam@girardgibbs.com
Amy M. Zeman (State Bar No. 273100)
amz@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs*

IT IS SO ORDERED
Judge Edward J. Davila

3/15/2013

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| Jeff Allan and Amy Browne, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>     vs.<br><br>YAHOO! INC.,<br><br>            Defendant. | Case No. 5:12-cv-04034-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1    NOTICE IS HEREBY GIVEN that pursuant to Fed R.Civ Proc. 41(a)(1), plaintiffs voluntarily
2  dismiss the above-captioned action, with prejudice as to Jeff Allan and Amy Browne.
3    The Clerk shall close this file.

4  Dated: March 14, 2013                                Respectfully Submitted

5                                                      **GIRARD GIBBS LLP**

7                                                      By:   /s/ Eric H. Gibbs

8                                                      Eric H. Gibbs
9                                                      Dylan Hughes
                                                       Geoffrey A. Munroe
10                                                     Amy M. Zeman
                                                       601 California Street, Suite 1400
11                                                     San Francisco, California 94108
12                                                     Telephone:  (415) 981-4800
                                                       Facsimile:  (415) 981-4846
13
14                                                     *Attorneys for Plaintiffs*